# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL NO.: 3:09CV3-V

| | |
|---|---|
| VENUS L. MOORE,<br>      Plaintiff, | )<br>)<br>) |
| v. | )   **MEMORANDUM & ORDER** |
| TIME WARNER CABLE, INC.,<br>      Defendant. | )<br>)<br>)<br>) |

**THIS MATTER** is before the Court on Defendant's Motion to Dismiss, filed January 14, 2009. (Document #4)

Pursuant to 28 U.S.C. § 636(b)(1)(B), United States Magistrate Judge David C. Keesler was designated to consider and recommend disposition in the aforesaid motion. In a thorough and well considered opinion filed September 29, 2009, Magistrate Judge Keesler recommended that Defendant's motion to dismiss be granted in part and denied in part. (M & R at 10.) The time for filing objections has since passed, 28 U.S.C. § 636(b)(1)(C), and no objections have been filed by either party in this matter.

After a careful review of the Magistrate Judge's Memorandum & Recommendation, the Court finds that his findings of fact are supported by the record and his conclusions of law are consistent with and well supported by current case law. *See* Orpiano v. Johnson, 687 F.2d 44, 47 (4th Cir. 1982) (only a careful review is required in considering a memorandum and recommendation absent specific objections); Thomas v. Arn, 474 U.S. 140 (1985) ("The statute [28 U.S.C. §636(b)(1)(C)] does not on its face require any review at all, by either the district court or the court

1

of appeals of any issue that is not the subject of an objection."). Accordingly, the Court hereby accepts the Memorandum & Recommendation and adopts it as the final decision of this Court.

**IT IS, THEREFORE, ORDERED** that the Defendant's Motion to Dismiss is **GRANTED in part** and **DENIED in part.** Accordingly, Defendant's motion is <u>granted</u> as to Count Two and Plaintiff's claims for negligent supervision and retention are hereby **DISMISSED with prejudice**. Defendant's motion is <u>denied</u> as to Count One.

Signed: November 5, 2009

Richard L. Voorhees
United States District Judge